FRANK MARZOTTO, PLAINTIFF, v. GAY GARMENT CO., A NEW JERSEY CORPORATION, DEFENDANT, AND 54-62 SUMMER AVE. CORP., A NEW JERSEY CORPORATION, DEFENDANT-RESPONDENT, AND NATHAN PECKERMAN, INDIVIDUALLY AND TRADING AS GAY GARMENT CO., DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued June 2, 1952—Decided June 18, 1952.

Before Judges McGEEHAN, JAYNE and GOLDMANN.

*Mr. Bernard Shurkin* argued the cause for appellant.

*Mr. Jerome S. Lieb* argued the cause for respondent (*Messrs. Harkavy & Lieb,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Colie, reported in 17 *N. J. Super.* 71 (*Law Div.* 1951). The attack made upon the conclusion of the trial judge, that the 54-62 Summer Ave. Corp. and Nathan Peckerman agreed that they would resolve the problem of liability by paying Frank Marzotto a certain sum of money and thereby purchase their peace, has no merit. The stipulation of the parties sets forth that

"the cause of action of the plaintiff, Frank Marzotto, has been settled for $3,000.00 and in accordance therewith a stipulation of dismissal has been filed. * * * The defendant, 54-62 Summer Ave. Corp. paid the plaintiff, Frank Marzotto, *as its part* of the aforesaid settlement of the plaintiff's claim, $2,000.00; and the defendant, Nathan Peckerman, paid to said plaintiff *as his part thereof,* $1,000.00." (Italics ours.)

Neither *Popkin Bros., Inc., v. Volk's Tire Co.,* 20 *N. J. Misc.* 1 (*Sup. Ct.* 1941), nor *Frank Martz Coach Co., Inc., v. Hudson Bus., &c., Co.,* 23 *N. J. Misc.* 342 (*Sup. Ct.* 1945) is apposite.